# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 313 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOSHUA MICHAEL LUKACH, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

a. As a matter of first impression, did the Pennsylvania Superior Court err in holding that a suspect that is subject to custodial interrogation clearly and unambiguously invokes his right to remain silent under the standard articulated in *Berghuis v. Thompkins*, 130 S.Ct. 2250 (2010), where he makes a statement that he does not wish to talk, but, qualifies that statement with a statement of "I don't know" and a general assertion of innocence?

b. Did the Pennsylvania Superior Court commit an error of law when it applied the wrong legal standard in affirming suppression of the physical evidence found as the "fruits" of [r]espondent's confession where there was only a violation of the prophylactic rules of *Miranda* and the confession was not a product of coercion?